UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASCENCION ROJAS, | ) | 1:11-CV-00917 SMS HC |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT PETITION |
| v. | ) | [Doc. #13] |
| R.H. TRIBLE, | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 16, 2011, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Eastern District of California, Sacramento Division. On June 7, 2011, the matter was transferred to the Fresno Division of the Eastern District of California. Following a preliminary review of the petition, on July 11, 2011, Respondent was ordered to respond to the petition. At this time, Respondent has not yet filed a response. On July 20, 2011, Petitioner filed the instant motion to supplement the petition. Specifically, Petitioner seeks to include pages from the copy of the petition for review he presented in the California Supreme Court that are missing from the attachment he filed in this Court with his petition. Good cause having been presented and

1  GOOD CAUSE APPEARING THEREFOR, Petitioner's motion to supplement is GRANTED.

3  IT IS SO ORDERED.

4  **Dated:** July 28, 2011                          /s/ **Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE